IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GLENN RICKEY BLAND                                                                      PLAINTIFF
ADC #140739

V.                               NO: 3:09CV00205 JMM/HDY

RICHARD D. BUSBY *et al.*                                                             DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's motion to dismiss (docket entry #29) is GRANTED, Plaintiff's claims against the Doe Defendants are DISMISSED WITHOUT PREJUDICE, and the names of the Does are removed as party Defendants.

DATED this 9th day of March, 2010.

UNITED STATES DISTRICT JUDGE