**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

GLENN RICKEY BLAND                                                                    PLAINTIFF
ADC #140739

V.                                          NO: 3:09CV00205 JMM/HDY

RICHARD D. BUSBY *et al.*                                                          DEFENDANTS

## ORDER

In response to the Court's order of July 29, 2010 (docket entry #43), and in anticipation of

the pre-jury evidentiary hearing scheduled for December 6, 2010, at 9:30 a.m., in Room #2B, of the

Richard Sheppard Arnold United States Courthouse in Little Rock, Arkansas; Plaintiff has submitted

a proposed witness list requesting seven witnesses other than himself (docket entry #45).  The Court

notes that the evidentiary hearing to be conducted is limited in scope.  Due to this limited scope, the

Court concludes that Plaintiff's requested witnesses should be denied.

IT IS THEREFORE ORDERED THAT:

1.      Due to the limited nature of the evidentiary hearing, all of Plaintiff's proposed

witnesses are denied.

2.      The Arkansas Department of Correction is directed to ensure Plaintiff's attendance

at the hearing, and to bring Plaintiff's institutional and medical records to the hearing.

IT IS SO ORDERED this   23   day of November, 2010.

_____
UNITED STATES MAGISTRATE JUDGE