IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GLENN RICKEY BLAND                                                                          PLAINTIFF
ADC #140739

V.                                           NO: 3:09CV00205 JMM

RICHARD D. BUSBY *et al.*                                                                   DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 29th day of December, 2010.

_____
UNITED STATES DISTRICT JUDGE